Juan Manuel Zepeda Santos
22 CR 216-3-JLS

Sentencing Exhibits

A.  Photograph-Zepeda Santos Family

B.   Photograph- Juan Carlos With Son

C.  Proof of Client's Serious Illness- Ankylosing Spondylitis

D.  Proof of Client's Diabetes

E.  Proof of Son's Autism

F.  Letter from Wife Johana Zepeda

G.  Letter from Son- Juan Carlos

H.  Church Reference

I.   Letter From Sister- Alejandra Zepeda

J.   Letter from Brother-Ignacio Zepeda

K.   Proof of Current Enrollment-Cerritos College

L.  Labor Reference



Case 3:22-cr-00216-JLS Document 101 Filed 04/01/23 PageID.540 Page 2 of 16





AppleCare Lynwood
3628 E. Imperial Hwy, Suite 202
Lynwood, CA
90262-2646
(310) 631-5000

JUAN ZEPEDA
3585 NORTON AVE APT 3
LYNWOOD, CA 90262

MRN: 73-2964372
DOB: Sep 22, 1981
Home:
Work:
Provider: LORRAINE GONZALES N.P.

Service Date: 11/02/2022
Specialty: Primary Care

---

Estimado JUAN ZEPEDA,
He examinado sus resultados de prueba recientes. Por favor revise el resumen como esta indicado abajo.
Your recent HbA1C result indicates you are diabetic

(Diabetes range >6.5%)

LIFESTYLE
Continue with healthy lifestyle, diet, and exercise goals.
Limit sugars and simple carbohydrates.
Limit starchy foods such as breads, tortillas, rice, potatoes, and pasta. Avoid sugary drinks like juices and sodas.
Avoid trans fat, limit saturated fat.
Low calorie diet.
Increase physical exercise for a minimum of 150 minutes per week.

HEALTH ENHANCEMENT CLASSES
Please visit our Optum at www.optum.com/california
Health enhancement classes can be found under the "Program & Services" section.
To contact Health Enhancement:
Phone: 1-800-335-3362
Email: healthenhancement@optum.com

Prescription sent to pharmacy.

SIGUIENTE CITA:

Printed by: Cristy Estrada
Date Printed: 11/03/2022

1 of 2

Name: JUAN ZEPEDA  
Service Date: 11/02/2022  
MRN: 73-2964372  
DOB: 09/22/1981

Por favor mantenga su cita de seguimiento.

Gracias por permitirme participar en su cuidado. Por favor, no dude en ponerse en contacto conmigo si usted tiene cualquier problema o inquietud.

Atentamente,  
Su Optum Clínico  
Lorraine Nicole Gonzales, DNP, FNP-COptum AC Lynwood Primary Care

**Future Appointments**

| Date/Time | Provider | Specialty | Site |
|---|---|---|---|
| 11/08/2022 10:00 AM | SP LIVING WITH DIABETES, VRTL | | HEALTH ENHANCEMENT VIRTUAL |
| 11/10/2022 08:00 AM | GONZALES, LORRAINE, N.P. | Primary Care | AC LYNWOOD |

IH HgbA1C            27Oct2022 04:17PM            GONZALES, LORRAINE

Location Name: AppleCare Lynwood  
Address: 3628 E imperial suite 202, Lynwood

| Test Name | Result | Flag | Reference |
|---|---|---|---|
| HGBA1C | 6.6 % | | |

Electronically signed by : LORRAINE GONZALES, NP; Nov  2 2022  2:46PM PST (Author)

Case 3:22-cr-00216-JLS   Document 101   Filed 04/01/23   PageID.544   Page 6 of 16

Jeremy Anuntiyo MD
Diplomate American Board of Internal Medicine and Rheumatology
1360 W 6th St. Ste 310
San Pedro, CA 90732

Ph (562) 529-7772    Fax ( 562) 529-5449

November 08, 2022

To Whom It May Concern

Juan Zepeda  (DOB 9/22/1981) is my patient who has ankylosing spondylitis.  Due to his unfortunate medical condition he has severe spine pain, fusion of joints, and significant stiffness.  He was last evaluated by me in clinic on 10/25/2022 and has been my patient since before 2015.  Unfortunately, during the pandemic could not get his medication Enbrel.  This has resulted him being unable to work his construction job.  Therefore, I put him on short term disability until 3/01/2023.

Sincerely,

Jeremy Anuntiyo, MD, F.A.C.R.

## MID CITIES SELPA
## INDIVIDUALIZED EDUCATION PROGRAM (IEP) - INFORMATION / ELIGIBILITY

**Student Legal Name:** Zepeda, Brian Jonathan  **Legal Suffix:**  **Date of Birth:** 5/3/2013  **IEP Date:** 9/24/2021
**Original SpEd Entry Date:** 10/15/2019  **Next Annual Plan Review:** 9/23/2022
**Last Eligibility Evaluation:** 10/15/2019  **Next Eligibility Evaluation:** 10/14/2022

**MEETING TYPE:** ☐ Initial  ☑ Plan Review  ☐ Eligibility Evaluation
**Additional Purpose of Meeting (If needed):** ☐ Transition  ☐ Pre-Expulsion  ☐ Interim  ☑ Other  Virtual Academy

**Age:** 8 year(s) 4 months
**Grade:** 03 Third grade  **Native Language:** 01 Spanish
**EL:** ☑ Yes ☐ No  **Redesignated:** ☐ Yes ☑ No  **Interpreter:** ☐ Yes ☑ No
**Student ID:** 4111822  **SSID:** 2252935102

**Parent/Guardian:** Juan Carlos & Johana Zepeda  **Home Phone:** 310-766-5670
**Home Address:** 3585 Norton Ave #3  **Work Phone:** 310-766-5670
**City:** Lynwood  **Cell Phone:** 310-766-5424
**State/Zip:** CA, 90262  **Email:** johanazs@me.com

**Parent/Guardian:**  **Home Phone:**
**Home Address:**  **Work Phone:**
**City:**  **Cell Phone:**
**State/Zip:**  **Email:**

**District of Special Education Accountability:** Lynwood Unified
**Residence School:** Marshall Elementary School

**Hispanic Ethnicity:** ☑ Yes ☐ No  ☐ Ethnicity Intentionally Left Blank
**Race (regardless of Ethnicity):** Race 1. 700 White  Race 2. _____
Race 3. _____  Race 4. _____  Race 5. _____  ☐ Race Intentionally Left Blank

**INDICATE DISABILITY/IES** Note: For initial and triennial IEPs, assessment must be done and discussed by IEP Team before determining eligibility
* Low Incidence Disability
**Primary:** Autism (AUT)  **Secondary:** None

☐ Not Eligible for Special Education  ☐ Exiting from Special Education (returned to reg. ed/no longer eligible)

**Describe how student's disability affects involvement and progress in general curriculum (or for preschoolers, participation in appropriate activities)** Psych-Based on behavior observation, parents interview, non-standard assessments, Brian meets the eligibility for Special Education as being a student who demonstrates characteristics associated with autism. Autism means a developmental disability significantly affecting verbal and nonverbal communication and social interaction, generally evident before age three, and adversely affecting a child's educational performance. Other characteristics often associated with autism are engagement in repetitive activities and stereotyped movements, resistance to environmental change or change in daily routines, and unusual responses to sensory experiences.

At this time, Brian's expressive and receptive language skills are commensurate to his developmental level and cognitive level. Based on the results of the language and speech evaluation and California Education Code, Brian does not meet the eligibility requirements for speech services under Speech and/or Language Impairment.

**FOR INITIAL PLACEMENTS ONLY**
Has the student received IDEA Coordinated Early Intervening Services (CEIS) using 15% of IDEA funding in the past two years?
☐ Yes ☐ No

11/04/22

To whom it may concern;

My name is Johana Zepeda, I am the wife of Juan Carlos Zepeda Santos. Throug this letter I want to describe how my husband is as a person. My husband and I met in the year 2000 when he moved from Mexico to the United States and become my neighbor. He was a very responsable, respecful, attentive, honest and very hardworking young man with a very noble heart. All these qualities made me fall in love with him. I was 16 years old when we started dating. On 2003 he proposed to me and we got married. At this time I was 18 years and I was in my senior year of high school. I was super happy to have married the love of my life. We have been married for almost 20 years and I love him like the first day.

At the end of the year 2003 our first son Juancarlos was born. Ten years later on May 2013 our youngest son Brian was born. For my husband the two pregnancies were a blessing from God, he waited for our children with great enthusiasm and love. It fills me with pride to say that my husband is a very hard working man that has never gave up. Since we got married he has worked most of the time two jobs making sure that we have everything we need. I give so many thanks to this wondelful man for the sacrifice he has made working double shifts to give me the opportunity to be the one who takes care of our children full time. I have never had to work. Juan Carlos Zepeda Santos for me is the best dad in the world.

Johana Zepeda.

By Juancarlos Zepeda;                              November 3, 2022

This letter is dedicated to whom it corresponds too, dedicated to the best father I could've asked for. From the day I was born my father has treated me with the best care and worked at times, two jobs just to ensure a roof over our heads and food on the table. Now that im older and working I can finally understand what the sacrifices and struggle to get the little money one can earn from working. He's always been a hardworking man, endorsing back breaking labor in extreme working conditions just to make ends meet. Even after working ten hour work shifts he would still have time to do other activities after work.

Often times he would return, exhausted from working all day and still be more than excited to go to my soccer games to be there and often coach the team. Matter of fact, when the coach was unable to be there at the games my father would take his position without hesitating leading our team to victory. Throughout my whole life i've always needed support from my father when it came to everything in general. From the time where I needed help tieing a shoe lace, to the times where I needed help with my homework all the way to the times when I was at my lowest. From most of the worst times of my life my father was there to comfort me, guide me through moments in my life where I didnt believe in myself, he was there to give advice and guide me. Even up to now my father continues to help me by providing a roof over my head and food on the table while I focus on studying and achieve my goals because without him it won't be possible.
    Sincerly - Juancarlos Zepeda



**First Baptist Church of Maywood**
American Baptist Churches USA

Feb 5, 2022

To Whom It May Concern:

The purpose of this letter is to provide a character reference for Mr. Juan Carlos Zepeda whom I have known as his pastor, for a period of more than 10 years.

Mr. Juan Carlos Zepeda has attended First Baptist Church and since since 2010. I know him since that time and I can give positive references about his character and good reputation among our community of faith.

During the time he has attended our church Mr. Zepeda has shown dependability to our ministry and he is very respectful. Mr. Zepeda is honest, considerate and supportive of the ministry of this church.

As a pastor I have visited Mr. Zepeda at his home and I have seen that he is respectful to his wife and loves his children very deeply. At church he is very cooperative, dependable and willing to serve others.

Dr. Melvin Valiente
Senior Pastor of First Baptist Church of Maywood

11/3/22

To whom it may concern:

Juan Carlos Zepeda is one of my older siblings and he's always been a good example for me. He's always been there to support me and not just me, but my parents and siblings as well. We've always been a very united family. Despite the sickness he has he's always pushed himself to keep moving forward because his biggest motivation are his children and wife. He's always been a very hard worker and has never given up. He's a great father to his children and always makes sure that they have everything they need. He guides them down the right path and is always there to support them. He's very attentive, loving, and caring towards his wife.

Not only that, but he's an amazing to our parents. When our mother got sick with cancer he was very attentive to her and her needs. It was a very hard time for all of us and that moment brought us all as a family even closer together. He would pray for her to get better every single day. Before or after work he would visit her to give her a special prayer considering the fact that he's very close to God. He's studied the Bible closely and

always goes to the church. When our mother had passed away he continued being a great support system for my dad. Our parents have taught us to have good morals and we've always listened to their guidance wich is what has always kept us out of problems. Almost all of us have our own families now and we continue to teach our children the exact same principles that our parents taught us. As a family we're always going to stay together and keep moving forward. Like I said before, Juan Carlos is an example to me because he doesn't give up.

Alejandra Zepeda

November 2, 2022

To whom it may concern:

My name is Ignacio Zepeda Santos, I'm writing on behalf of my brother Juan Carlos Zepeda Santos. Since I can remember, I have always look up to my older brother. He has always been an example to me. Since I was a kid, I would always tell myself, when I grow up, I want to be live him, responsible and good heart always helping others. I'm grateful to God for giving me a brother like him, since I can remember he has always been there for me. He has always been there for me to give me the best advice whenever I felt I was losing my way. I'm proud of him of the man he has become. He is such a great father, alway supporting his family. My nephews look up to him now too. He's raising them with good morals and principles as well. What I admire more about him is his heart that no matter what he's going through, he still there for everyone and help us out. He will always be my big brother, an example for me, and I will always be proud of him and love him too.

Sincerly:

Ignacio Zepeda Santos



# Cerritos College

February 22, 2023

Re: Juan Carlos Zepeda Santos, Cerritos College ID: 2147990

To whom it may concern,

Mr. Juan Carlos is currently enrolled in the Spring 2023 classes through the Continuing Education, Adult Education department at Cerritos College. His attendance for this classes is attached.

Spring 2023

33212 AED 42.03 ESL Conversation B 1/10/23-5/18/23

Thank you,

*Graciela Vasquez* (signature)

Graciela Vasquez
Adult Education & Diversity Programs
Cerritos College
gvasquez@Cerritos.edu
562-860-2451

**Cerritos Community College District**
11110 Alondra Blvd., Norwalk • CA 90650 • 562.860.2451 • Fax 562.467.5005 • www.cerritos.edu



# CASAS

02/22/2023
10:41:35

## Total Student Hours

Attendance Type: Combined

Page 1 of 1
TSH

**Agency:** 2010 - Cerritos College

| Student | | Site Id | Class | Hours (Counted)* | | | | Hours (Uncounted)** | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Source | HH:mm | From | To | Source | HH:mm | From | To |
| Zepeda Santos, Juan Carlos | 2147990 | 64360 | 29844-FA22 - (SPANISH) OSHA 10 - Training (LEC) | Daily | 6:18 | 10/22/22 | 10/23/22 | | | | |
| | | | 29845-FA22 - (SPANISH) OSHA 10 - Training (LAB) | | 3:42 | 10/22/22 | 10/23/22 | | | | |
| | | | 32519-FA22 - ESL Conversation - B | | 49:30 | 08/30/22 | 12/06/22 | | | | |
| Total Hours: Daily:75:30 | | | 33212-SP23 - ESL Conversation - B | | 16:00 | 01/12/23 | 02/14/23 | | | | |

*Do not use this report to compare hours with NRS, CAEP or Payment Points since it does not take program into account.
** If this report shows hours from more than one source, please contact Tech Support since TE cannot add together hours from two different sources, so only the source with most hours is cour
N/A indicates no hours have been recorded of any type.
Cumulated hours marked with red was recorded incorrectly, it must always be progressing.

_____ Criteria _____

Report data generated at 2/22/2023 10:41:35 AM
TOPSpro Enterprise Service Instance Name: California
Base container is: Agency 2010 - Cerritos College
Interrogation mode is: 'Data from sub-sites'
Student In Program Years: student code starts with '2147990'
Program year: Current program year
Attendance Type: Combined
Hide students with zero hours: Yes
Show only invalid cumulated hours: No
Include Prepared By: Yes
Include Print Time: Yes
Include Criteria Info: Yes
Report Sort Order: Student
Page Sort Order: Site, Class, Hours(Counted), Hours(Uncounted)
Report Style Option: Blue
Agency Print Option: ID Name
Class Print Option: ID Name
Student Print Option: NameID
Student Name Format: Last, First Middle
Warn if too many pages: Yes

TOPSpro Enterprise 4.0 build 36 © 2022 by CASAS. All rights reserved Prepared by: Proctor Seungri (Lee) Yang



**Letter of character and recommendation**

November 16, 2022

To whom this may concern:

Dear Sir/ Madam,

Juan Carlos Zepeda is a former Crate Modular employee. Juan was employed through our company Crate Modular Inc. as a Door/Window Framer from 06/28/2022 to 09/16/2022. Juan was responsible for building the framing for residential or commercial structures. Juan is able to read blueprints or architectural schematics and construct the building's framework according to the plans.

Juan has excellent communication skills. In addition, he is extremely organized, reliable and gets along with everyone. Juan can work independently and is able to follow through to ensure the job gets done. He is flexible and willing to work on any project that is assigned to him.

Juan was always quick to volunteer in other areas of company operations, as well.

Juan is a tremendous asset to any company and has my highest recommendation. If you have any further questions with regards to his qualifications, please do not hesitate to call me.

Sincerely,

X _____
Priscilla Garcia
HR Generalist

**Crate Modular**

CRATE MODULAR, INC
3025 E. Dominguez St Carson, CA 90810
(818) 475-6063
www.cratemodular.com